**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on October 5, 2017, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: October 5, 2017**

ENTERED UNDER ADMINISTRATIVE
ORDER NO. 02-10: TERESA D. UNDERWOOD,
CLERK OF COURT
BY: /s/ Cindy Illencik
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: David Roldan | ) Case No. 17-15876-aih |
| | ) |
| | ) CHAPTER 13 |
| Debtor(s) | ) |
| | ) |
| | ) ORDER DIRECTING EMPLOYER |
| Social Security No. xxx-xx-3716 | ) TO MAKE DEDUCTIONS FROM |
| | ) DEBTOR-EMPLOYEE'S WAGES, |
| | ) COMBINED WITH RELATED |
| | ) ORDERS |

To**: Mercy Regional Medical Center**

The above named debtor(s) have filed bankruptcy under Chapter 13 of the Bankruptcy Code. As a result, all of the Debtor's future earnings are under the exclusive jurisdiction of this Court. Based on the Debtor's filing, the Debtor's employer is:

Employer's Name: **Mercy Regional Medical Center**
            **Attention: Payroll Department**
Address:     **3700 Kolbe Road**
City/State/Zip: **Lorain, OH 44053**
Phone:       **1-440-960-4000**

In accordance with the relevant provisions of the Debtor's proposed plan,

IT IS, THEREFORE, ORDERED, under 11 U.S.C. § 1325(c) and § 1326, that the Debtor's employer immediately deduct **$326.18** per pay period and the same amount each month thereafter from the Debtor's wages, salary, commissions, and all other earnings or income and promptly forward the amounts deducted to the Chapter 13 Trustee until further order of this court. The Chapter 13 Trustee's name and payment address are:

Lauren Helbling, Chapter 13 Trustee
P.O. Box 593
Memphis, TN 38101-0593

**Include the case number shown above with all payments.**

IT IS FURTHER ORDERED, under 11 U.S.C. § 362(a), that the EMPLOYER SHOULD CEASE ALL
FUTURE DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENTS, OR CREDIT UNIONS unless
specifically authorized by this Court or until this Order is modified or vacated; however, deductions for child support ordered by the Common Pleas Court or Domestic Relations Court may continue.

IT IS FURTHER ORDERED that if the Debtor's employment is terminated during the term of the plan, the
employer is to notify the Chapter 13 Trustee.

By submitting this form the debtor's attorney certifies that this form is identical in all respects to the official form.

Attorney for Debtor:  /s/R.J. Budway (#0061224)
Address:              715 Broadway
City/State/Zip:       Lorain, OH 44052
Phone:                (440) 244-5150

SEE ATTACHED CERTIFICATE OF SERVICE

Revised March 1, 2011

## CERTIFICATE OF SERVICE

Lauren Helbling, Chapter 13 Trustee
BP Tower
200 Public Sq., Suite 3860
Cleveland, OH 44114

R.J. Budway
715 Broadway
Lorain, OH 44052

Mercy Regional Medical Center
3700 Kolbe Road
Lorain, OH 44053

David & Kathleen Roldan
413 Berry Ridge Drive
Amherst, OH 44001