The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on May 21, 2020, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: May 21, 2020



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re | DAVID ROLDAN<br>xxx-xx-3716<br>KATHLEEN ANN ROLDAN<br>xxx-xx-0825<br>Debtor(s) | ) Case No. 17-15876-aih<br>)<br>) Chapter 13 Proceedings<br>)<br>) Judge Arthur I. Harris |

### ORDER GRANTING TRUSTEE'S MOTION TO MODIFY PLAN

This case came on for consideration upon the Trustee's Motion to Modify Debtor's Confirmed Plan ("Trustee's Motion").

**IT APPEARS** to the Court that any objections or responses to the Trustee's Motion have been withdrawn or overruled, and accordingly the Trustee's Motion will be granted.

**IT IS THEREFORE ORDERED** that the Trustee's Motion to Modify Debtor's Confirmed Plan be and hereby is granted.

Submitted by:
/s/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216)621-4268
Fax (216) 621-4806
Ch13trustee@ch13cleve.com

### SERVICE LIST

Lauren A. Helbling, Chapter 13 Trustee
(served via ECF)

Office of the U.S. Trustee
(served via ECF)

R.J. BUDWAY, Attorney for Debtor(s)
attyrjb1@hotmail.com
(served via ECF)

DAVID & KATHLEEN ANN ROLDAN, Debtor(s)
413 BERRY RIDGE DRIVE
AMHERST, OH 44001


And all parties on attached matrix

###

| | | |
|---|---|---|
| | COMMSTAR CREDIT UNION<br>832 CLEVELAND ST<br>ELYRIA, OH 44035 | FORD MOTOR CREDIT COMPANY LLC<br>DEPT 55953<br>P O BOX 55000<br>DETROIT, MI 48255-0953 |
| NATIONSTAR MORTGAGE LLC<br>ATTN BANKRUPTCY DEPT<br>P O BOX 619094<br>DALLAS, TX 75261-9741 | PORTFOLIO RECOVERY ASSOCIATES LLC<br>P O BOX 12914<br>NORFOLK, VA 23541 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH 43054-3025 |
| EMERY FEDERAL CREDIT UNION<br>7890 E KEMPER ROAD<br>CINCINNATI, OH 45249 | FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE ST<br>STOP CODE 3105<br>OMAHA, NE 68197 | CAPITAL ONE NA<br>c/o BECKETT & LEE LLP<br>P O BOX 3001<br>MALVERN, PA 19355-0701 |
| LORMET COMMUNITY FEDERAL CR UNION<br>2051 COOPER FOSTER PARK<br>AMHERST, OH 44001-1864 | QUANTUM3 GROUP LLC<br>P O BOX 788<br>KIRKLAND, WA 98083-0788 | DEPARTMENT STORES NATIONAL BANK<br>c/o QUANTUM3 GROUP LLC<br>P O BOX 657<br>KIRKLAND, WA 98083 |
| MIDLAND FUNDING LLC<br>c/o MIDLAND CREDIT MGMT INC<br>P O BOX 2011<br>WARREN, MI 48090 | TD BANK USA NA<br>c/o WEINSTEIN & RILEY PS<br>P O BOX 3978<br>SEATTLE, WA 98124-3978 | SYNCHRONY BANK<br>c/o PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41021<br>NORFOLK, VA 23541 |
| STEPHEN R FRANKS<br>MANLEY DEAS KOCHALSKI LLC<br>P O BOX 165028<br>COLUMBUS, OH 43216-5028 | PORTFOLIO RECOVERY ASSOCIATES<br>P O BOX 41067<br>NORFOLK, VA 23541-1067 | FORD MOTOR CREDIT COMPANY LLC<br>P O BOX 62180<br>COLORADO SPRINGS, CO 80962 |
| WELTMAN WEINBERG & REIS CO LPA<br>323 W LAKESIDE AVE #200<br>CLEVELAND, OH 44113-1099 | CAVALRY SPV I LLC<br>P O BOX 27288<br>TEMPE, AZ 85282 | CAVALRY SPV I LLC<br>500 SUMMIT LAKE DR #400<br>VALHALLA, NY 10595 |
| NATIONSTAR MTG LLC DBA MR COOPER<br>ATTN: BANKRUPTCY DEPT<br>P O BOX 619096<br>DALLAS, TX 75261-9741 | MIDLAND FUNDING<br>P O BOX 2011<br>WARREN, MI 48090 | TD BANK USA NA<br>c/o WEINSTEIN & RILEY PS<br>2001 WESTERN AVE #400<br>SEATTLE, WA 98121 |