The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on November 23, 2020, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: November 23, 2020**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re  DAVID ROLDAN<br>xxx-xx-3716<br>KATHLEEN ANN ROLDAN<br>xxx-xx-0825<br>      Debtor(s) | ) Case No. 17-15876-aih<br>)<br>) Chapter 13 Proceedings<br>)<br>) Judge Arthur I. Harris |

### ORDER DISMISSING CASE AND RELEASING
### INCOME OF DEBTOR FROM THE JURISDICTION OF THE COURT

This case came on for consideration by the Court upon the Trustee's Motion to Dismiss Case ("Trustee's Motion"); the Trustee's Motion states good cause and any objections/responses filed have been withdrawn or overruled.

**IT IS, THEREFORE, ORDERED** that the Trustee's Motion to Dismiss Case be and it hereby is granted.

The Debtor and/or the Debtor's employer, as well as the future income of the Debtor, is hereby released from the supervision and control of the Court, as well as any order of the Court requiring payments to the Trustee in this case.

The Trustee is authorized to pay to the Bankruptcy Court an amount equal to the amount of any unpaid filing fees. Any payment made to the Bankruptcy Court for unpaid filing fees shall be paid from funds received either from or on behalf of the Debtor prior to the dismissal of this case and, in order to comply with Bankruptcy Rule 1006(b)(3) and any relevant statute(s), said distribution may be made before (and possibly to the detriment of) any other authorized but unpaid distributions and/or refunds. The Trustee is also authorized to retain the administrative fee on funds received.

/S/ Lauren A. Helbling
LAUREN A. HELBLING (#0038934)
Chapter 13 Trustee
200 Public Square, Suite 3860
Cleveland OH 44114-2321
Phone (216) 621-4268     Fax (216) 621-4806
ch13trustee@ch13cleve.com

SERVICE LIST

Lauren A. Helbling, Chapter 13 Trustee
(served via ECF)

Office of the U.S. Trustee
(served via ECF)

R J BUDWAY, Attorney for Debtor(s)
(served via ECF)

DAVID & KATHLEEN ANN ROLDAN, Debtor(s)
413 BERRY RIDGE DRIVE, AMHERST, OH 44001


MERCY REGIONAL MEDICAL CENTER, Employer
Attn:  Payroll, 3700 KOLBE RD
Attn: Payroll Garnishments
LORAIN,OH44053

All creditors and parties of interest

###